IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **STARR COUNTY, TEXAS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-288 |
| | § | |
| **DEGS WIND I, LLC d/b/a DUKE ENERGY RENEWABLES WIND, LLC,** | § § § | |
| | § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Starr County, Texas and Defendant DEGS Wind I, LLC d/b/a Duke Energy Renewables Wind, LLC, through their respective attorneys of record, hereby agree and stipulate that any and all claims, counterclaims and cross-claims asserted herein are dismissed with prejudice to the re-filing of same, and that all costs of court incurred by any party are taxed against the party incurring the same.

It is, therefore, ORDERED that any and all claims, counterclaims and cross-claims asserted herein are dismissed **with prejudice** to the refiling of same.

It is further ORDERED that all costs of court incurred by any party are taxed against the party that incurred them.

SIGNED this _____ day of _____, 20____.

_____
HONORABLE MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| K&L GATES LLP | GARCIA DE LA GARZA, LLP |

By: *Gregory Sapire*                 By: */s/ Mario E. de la Garza*

    Gregory P. Sapire                                  Mario E. de la Garza
    Texas State Bar No. 00791601               Texas State Bar No. 24040785
    *greg.sapire@klgates.com*                       *mdelagarza@GDTrialAttorneys.com*
    Jeffrey T. Quilici                                         Eric A. Hawley
    Texas State Bar No. 24083696               Texas State Bar No. 24074375
    *jeff.quilici@klgates.com*                              *ehawley@GDTrialAttorneys.com*

2801 Via Fortuna, Suite 350                      712 Main Street, Suite 1600
Austin, TX 78746-7568                             Houston, TX 77002
T +1 512 482 6800                                    T (713) 228-7425
F +1 512 482 6859                                    F (713) 228-7329

**ATTORNEYS FOR DEFENDANT**           **ATTORNEYS FOR PLAINTIFF**
**DUKE ENERGY RENEWABLES**             **STARR COUNTY, TEXAS**
**WIND, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the foregoing instrument has been served pursuant to FED. R. CIV. P. 5 in the manner indicated below upon all attorneys of record on this 19th day of December, 2017, as follows:

| | |
|---|---|
| Mario E. de la Garza<br>Jesus Garcia, Jr.<br>Eric A. Hawley<br>GARCIA DE LA GARZA, LLP<br>712 Main Street, Suite 1600<br>Houston, TX 77002<br>(713) 228-7425<br>(713) 228-7329 (fax) | ◙ **via Electronic Case Filing System**<br>   via Certified Mail, RRR<br>   via U.S. Mail (First Class)<br>   via Federal Express<br>   via Facsimile<br>◙ **via E-mail**<br>   via Hand Delivery |

*Attorneys for Plaintiff*
*Starr County, Texas*

*/s/ Gregory Sapire*

_____
Gregory P. Sapire